IN THE SUPREME COURT OF TEXAS

 No. 09-0109

 IN RE THE HONORABLE GUY HERMAN

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for temporary relief, filed February 5, 2009,
is granted. The judgment dated December 4, 2008, in Cause No. 01-08-00804-
CV, styled In re Robert Alpert, Roman Alpert, and Daniel Alpert, in the
First Court of Appeals is stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 06, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk